UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| **MARY M. BLYLER,** | ) | **CASE NO. 1:09CV327** |
| | ) | |
| **Plaintiff,** | ) | **JUDGE PETER C. ECONOMUS** |
| | ) | |
| **v.** | ) | |
| | ) | |
| **MICHAEL J. ASTRUE,** | ) | |
| **Commissioner of Social Security,** | ) | **ORDER** |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

This matter is an action to review a final decision of the Commissioner of Social Security denying Plaintiff's application for Disability Insurance Benefits and Supplemental Security Income under Title XVI of the Social Security Act, 42 U.S.C. §§ 423 and 1381(a).

On February 20, 2009, the instant matter was automatically referred to United States Magistrate Judge Nancy A. Vecchiarelli, pursuant to L.R. 72.2(b), for the issuance of a Report and Recommendation. (Dkt. # 3). On October 27, 2009, Magistrate Judge Vecchiarelli issued a Report and Recommendation recommending that the final decision of the Commissioner should be affirmed. (Dkt. # 18).

Rule 72(b) of the Federal Rules of Civil Procedure provides that objections to a report and recommendation must be filed within ten (10) days after service. See FED. R. CIV. P. 72 (b). However, the Plaintiff has failed to timely file any such objections. Therefore, the Court concludes that the Plaintiff is satisfied with the Magistrate Judge's

1

recommendation. Any further review by this Court would be a duplicative and an inefficient use of the Court's limited resources. See Thomas v. Arn, 728 F.2d 813 (6th Cir. 1984), *aff'd*, 474 U.S. 140 (1985); Howard v. Secretary of Health and Human Services, 932 F.2d 505 (6th Cir. 1991); United States v. Walters, 638 F.2d 947 (6th Cir.1981).

Therefore, the Report and Recommendation of Magistrate Judge Vecchiarelli (Dkt. # 18) is hereby **ADOPTED**. Accordingly, this matter is **DISMISSED**.

**IT IS SO ORDERED**.

**/s/ Peter C. Economus – February 8, 2010**
**PETER C. ECONOMUS**
**UNITED STATES DISTRICT JUDGE**